IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THEODORA BRYANT, et al.,

        Plaintiffs,

v.                                      CASE NO.  4:99cv317-RH

LAW OFFICES OF DAVID J. STERN,
P.A.,

        Defendants.
_____/

## SECOND ORDER EXTENDING DEADLINE FOR RESPONSES TO PLAINTIFF'S SECOND INTERROGATORIES AND THIRD PRODUCTION REQUEST

Defendant's second unopposed motion (document 32) for an extension of the deadline for responding to plaintiff's second interrogatories and third production request is GRANTED, and the deadline is extended accordingly.

SO ORDERED this 9th day of November, 1999.

*Robert Hinkle*
Robert L. Hinkle
United States District Judge

ENTERED ON DOCKET 11/9/99 BY DDY
[Rules 68 & 79(a) FRCP or 32(d)(1) & 65 FRCRP]
Copies mailed to: Walker, Johnson, Barclay, Geyer, Braton, Fricky, Schultz, Yonakim

99 NOV -9 PM 12:59

DDY
FILED

33