IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THEODORA BRYANT, MARY L. :
WALKER, EARNEST JACK WELCH, :
and BARBARA JEAN SLOCUM, :
individually and on behalf of all others :
similarly situated, :
    Plaintiff, :    CASE NO. 4:99CV317 RH
 :    CLASS REPRESENTATION
vs. :
 :
LAW OFFICES OF DAVID J. STERN, :
P.A., and DAVID J. STERN, :
individually, :
    Defendants. :
                                    :

## AMENDED NOTICE OF TAKING DEPOSITIONS

PLEASE TAKE NOTICE that on Tuesday, February 8, 1999, beginning at 1:00 p.m., at the offices of Broad & Cassel, 215 South Monroe Street, Suite 400, Tallahassee, Florida 32301, the Defendants, LAW OFFICES OF DAVID J. STERN, P.A. ("Law Firm") and DAVID J. STERN, individually, will take depositions as follows:

| **Name** | **Date** | **Time** |
|---|---|---|
| Barbara Jean Slocum | February 8, 1999 | 1:00 p.m. |

The depositions shall proceed upon oral examination before an official who is duly authorized by law to take depositions and shall continue from day to day until completed.

These depositions are taken pursuant to Fed. R. Civ. P. 30(b)(1), for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable and governing rules.

U.S. DISTRICT CT.
NORTHERN DIST. FLA
TALLAHASSEE, FLA.

00 FEB -7 PM 1:04

1

FTL:651750:1

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and prepaid U.S. Mail to Claude R. Walker, Esq., HUEY, GUILDAY & TUCKER, P.A., co-counsel for Plaintiffs, P.O. Box 1794, Tallahassee, Florida 32302; Kelly Overstreet Johnson, P.A., BROAD & CASSEL, co-counsel for Plaintiffs, P.O. Drawer 11300, Tallahassee, Florida 32302, this 4th day of February, 2000.

Respectfully submitted,

By: _____
W. Wyndham Geyer, Jr.
Florida Bar No. 330418
Steven R. Braten
Florida Bar No. 018074

David M. Schultz, Esq.
HINSHAW & CULBERTSON
Co-counsel for Defendants
222 North La Salle Street, Suite 300
Chicago, IL 60601-1080
(312) 704-3000
(312) 704-3001 (Fax)

RUDEN, MCCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
Co-counsel for Defendants
P.O. Box 1900
Ft. Lauderdale, Florida 33302
(954) 764-6660
(850) 681-9027 (Tallahassee)
(954) 764-4996

Scott A. Frick, Esq.
HINSHAW & CULBERTSON
Co-counsel for Defendants
100 South Ashley Drive, Suite 830
Tampa, Florida 33602
(813) 276-1662
(813) 276-1956 (Fax)

cc: Accurate Stenotype Reporters
(via facsimile 850/848-2254)