IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THEODORA BRYANT, MARY L. :
WALKER, EARNEST JACK WELCH, :
and BARBARA JEAN SLOCUM, :
individually and on behalf of all others :
similarly situated, :
    Plaintiff, :
                            CASE NO. 4:99CV317 RH
                            CLASS REPRESENTATION
vs. :

LAW OFFICES OF DAVID J. STERN, :
P.A., and DAVID J. STERN, :
individually, :
    Defendants. :

## NOTICE OF TAKING DEPOSITIONS

PLEASE TAKE NOTICE that the Defendants herein will take a deposition as listed below.

| **Name** | **Date** | **Time** |
|---|---|---|
| James Ayers, as President of Home Mortgage of North Florida, Inc. | February 8, 2000 | 11:00 a.m. |

The deposition will take place at the offices of HUEY, GUILDAY & TUCKER, P.A., 106 East College Avenue, Suite 900, Tallahassee, Florida 32301, before Accurate Stenotype Reporters, and shall proceed upon oral examination before an official who is duly authorized by law to take depositions and shall continue from day to day until completed.

This depositions is taken pursuant to Fed. R. Civ. P. 30(b)(1), for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable and governing rules.

1

FTL:655787:1

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile transmission and prepaid U.S. Mail to Claude R. Walker, Esq., HUEY, GUILDAY & TUCKER, P.A., co-counsel for Plaintiffs, P.O. Box 1794, Tallahassee, Florida 32302; and to Kelly Overstreet Johnson, P.A., BROAD & CASSEL, co-counsel for Plaintiffs, P.O. Drawer 11300, Tallahassee, Florida 32302, this 7th day of February, 2000.

Respectfully submitted,

By: _____
W. Wyndham Geyer, Jr.
Florida Bar No. 330418
Steven R. Braten
Florida Bar No. 018074

David M. Schultz, Esq.
HINSHAW & CULBERTSON
Co-counsel for Defendants
222 North La Salle Street, Suite 300
Chicago, IL 60601-1080
(312) 704-3000
(312) 704-3001 (Fax)

RUDEN, MCCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
Co-counsel for Defendants
P.O. Box 1900
Ft. Lauderdale, Florida 33302
(954) 764-6660
(850) 681-9027 (Tallahassee)
(954) 764-4996

Scott A. Frick, Esq.
HINSHAW & CULBERTSON
Co-counsel for Defendants
100 South Ashley Drive, Suite 830
Tampa, Florida 33602
(813) 276-1662
(813) 276-1956 (Fax)

cc: Accurate Stenotype Reporters

FTL:655787·1