UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

*THEODORA BRYANT, et al.,*  )
                             )  Case No.:  4:99cv317-RH
         *Plaintiffs,*       )
                             )  Tallahassee, Florida
*vs.*                        )  March 31, 2000
                             )  9:05 A.M.
*LAW OFFICES OF DAVID J. STERN,*  )
*P.A., and DAVID J. STERN,*  )
*individually,*              )
                             )
         *Defendants.*       )
_____)

\*\*HEARING\*\*

TRANSCRIPT OF PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT
BEFORE THE HONORABLE ROBERT L. HINKLE,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:     Huey, Guilday & Tucker, P.A.
                        By:  THOMAS J. GUILDAY
                             CLAUDE R. WALKER
                             MARY K. SIMPSON
                        Attorneys at Law
                        Post Office Box 1794
                        Tallahassee, Florida  32302
                             -and-
                        Broad & Cassel
                        By:  KELLY OVERSTREET JOHNSON
                        Attorney at Law
                        Post Office Box 11300
                        Tallahassee, Florida  32302

*JUDY A. ELLAN*
*Official United States Court Reporter*
111 North Adams Street * Tallahassee, Florida  32301-7717
(850) 561-6822 * Fax (850) 561-6827

194