UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THEODORA BRYANT, MARY L.
WALKER, EARNEST JACK WELCH,
and BARBARA JEAN SLOCUM,
individually and on behalf of all others
similarly situated,

        Plaintiffs,                     CASE NO. 4:99CV317-RH
                                               CLASS REPRESENTATION

vs.

LAW OFFICES OF DAVID J.
STERN, P.A., and DAVID J. STERN,
individually

        Defendants.
_____/

## AGREED ORDER APPROVING CHANGE IN DEFENDANTS' CHARITABLE ORGANIZATION

THIS CAUSE having come before the Court on Defendants' Motion to Approve Change in Defendants' Charitable Organization, and the Court having reviewed the Motion, the Court file, and noting the agreement of the parties, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion to Approve Change in Defendants' Charitable Organization be and the same is hereby GRANTED.

2. Sacred Heart Schools, a nationwide not-for-profit organization, is now the designated recipient of the Defendants' half of the remaining settlement proceeds in the amount of $38,682.71.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTH DIST., FLA.
TALLAHASSEE, FLA.

02 OCT -7 AM 10: 12

FILED

3. The Final Report as to the Disposition of Class Action Settlement Proceeds dated December 5, 2001 was hereby modified to reflect that Sacred Heart Schools, and not Catholic Charities, shall be the Defendants' designated recipient of $38,682.71.

DONE AND ORDERED this 7th day of October, 2002.

*[signature]*
ROBERT HINKLE
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished To:
See Attached Service List

## SERVICE LIST

Claude R. Walker, Esq.
Thomas J. Guilday, Esq.
HUEY, GUILDAY & TUCKER, P.A.
P.O. Box 1794
Tallahassee, Florida 32302

Kelly Overstreet Johnson, Esq.
BROAD AND CASSEL
P.O. Drawer 11300
Tallahassee, Florida 32302

David M. Schultz, Esq.
HINSHAW & CULBERTSON
222 North La Salle Street, Suite 300
Chicago, Illinois 60601-1081

Scott Frick, Esq.
HINSHAW & CULBERTSON
First Union Center, Suite 830
100 South Ashley Drive
Tampa, Florida 33601

W. Wyndam Geyer, Jr., Esq.
Greg Rosenthal, Esq.
RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A
200 E. Broward Blvd.
15th Floor
Ft. Lauderdale, FL 33301